UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Juan Velazquez,<br><br>   *Plaintiff,*<br><br>  v.<br><br>Stephen Einstein & Associates, P.C.,<br><br>   *Defendant.* | Civil Action No.: 1:20-cv-01559-VSB<br><br>**STIPULATION ACCEPTING SERVICE AND EXTENDING DEFENDANT STEPHEN EINSTEIN & ASSOCIATES, P.C.'S TIME TO ANSWER** |

It is hereby stipulated and agreed by and between the undersigned parties in the above-captioned action as follows:

1. Defendant Stephen Einstein & Associates, P.C. ("Defendant") hereby acknowledges and accepts service of the Summons and Complaint and hereby waive any defense based on lack of proper service;

2. Defendant's time to answer, move or otherwise respond to the Complaint is hereby extended until April 30, 2020;

3. There have been no previous requests for an extension of this deadline;

4. Defendant's undersigned counsel hereby appears in this action on Defendant's behalf.

Dated:  April 17, 2020

| | |
|---|---|
| Schlanger Law Group LLP | Stephen Einstein & Associates, P.C. |
| <u>*/s/Daniel A. Schlanger*</u><br>Daniel A. Schlanger<br>9 East 40th Street, Suite 1300<br>New York, NY 10016<br>T: 212-500-6114<br>F: 646-612-7996<br>E: dschlanger@consumerprotection.net<br>*Attorneys for Plaintiff* | <u>*/s/Stephen Einstein*</u><br>Stephen Einstein, Esq.<br>Anthony S. Poulin, Esq.<br>39 Broadway, Suite 1250<br>New York, NY 10006<br>T: (212)402-1455<br>E: seinstein@stepheneinstein.com<br>E: apoulin@stepheneinstein.com<br>*Attorneys for Defendant Stephen Einstein & Associates, P.C.* |

        SO ORDERED

        _____
        Hon. Vernon S. Broderick, U.S.D.J.